IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DORRIS BOLTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 05-0531-CG-C |
| | ) |
| **AUDUBON INSURANCE** | ) |
| **COMPANY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the order entered this date granting defendant's motion for summary judgment, it is **ORDERED, ADJUDGED, and DECREED** that plaintiff's claims against defendant are hereby **DISMISSED**.

Costs are taxed against the plaintiff.

**DONE** and **ORDERED** this 25th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE